# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: METZLER, GEORGE G | § | Case No.  06-72054 |
| METZLER, MELISSA A | § | |
| | § | |
| Debtor(s) HICKAN, MELISSA A | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 02/23/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  _/  /_____        By:  ___/s/ STEPHEN G. BALSLEY_____
                                         Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: METZLER, GEORGE G        §   Case No. 06-72054

        METZLER, MELISSA A        §

                                          §

Debtor(s) HICKAN, MELISSA A        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $      30,000.03

*and approved disbursements of*        $      25,000.00

*leaving a balance on hand of*  [1]      $      5,000.03

**Balance on hand:**      $      5,000.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $      0.00

Remaining balance:    $      5,000.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,257.50 | 0.00 | 2,257.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 750.00 | 0.00 | 750.00 |

Total to be paid for chapter 7 administration expenses:    $      3,007.50

Remaining balance:    $      1,992.53

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $                0.00

Remaining balance: $        1,992.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $                0.00

Remaining balance: $        1,992.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,872.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 5,766.03 | 0.00 | 221.49 |
| 2 | Capital Recovery One | 1,163.94 | 0.00 | 44.71 |
| 3 | Capital Recovery One | 1,012.05 | 0.00 | 38.87 |
| 4 | Capital Recovery One | 776.59 | 0.00 | 29.83 |
| 5 | Asset Acceptance LLC | 106.29 | 0.00 | 4.08 |
| 6 | Northern Open MRI | 0.00 | 0.00 | 0.00 |
| 7 | Northern Rehabilitation | 3,321.00 | 0.00 | 127.57 |
| 8 | Alert! | 174.51 | 0.00 | 6.70 |
| 9 | Target National Bank (f.k.a. Retailers National Ba | 576.98 | 0.00 | 22.16 |
| 10 | CHASE BANK USA, NA | 0.00 | 0.00 | 0.00 |

| 10 -2 | CHASE BANK USA, NA | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 10 -3 | CHASE BANK USA, NA | 8,457.83 | 0.00 | 324.88 |
| 11 | United States Department of Education | 12,606.46 | 0.00 | 484.24 |
| 12 | Household Bank (SB), N.A. | 812.32 | 0.00 | 31.20 |
| 13 | Federated Retail Holdings, Inc./Marshall Fields | 1,454.02 | 0.00 | 55.85 |
| 14 | ZWICKER & ASSOCIATES | 12,074.56 | 0.00 | 463.80 |
| 15 | eCAST Settlement Corporation | 1,242.24 | 0.00 | 47.72 |
| 16 | LVNV Funding LLC its successors and assigns as | 2,328.15 | 0.00 | 89.43 |

Total to be paid for timely general unsecured claims:     $          1,992.53

Remaining balance:     $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $          0.00

Remaining balance:     $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $          0.00

Remaining balance:     $          0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By:  /s/STEPHEN G. BALSLEY
_____
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez                 Page 1 of 2              Date Rcvd: Feb 03, 2011
Case: 06-72054               Form ID: pdf006               Total Noticed: 56

The following entities were noticed by first class mail on Feb 05, 2011.
```
db           +George G Metzler,    201 S. Main Street,    Kingston, IL 60145-7010
jdb          +Melissa A Metzler,    1913 Cary Rd,    Algonquin, IL 60102-3420
aty          +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
              Carpentersville, IL 60110-1730
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
10994693     +Alert!,    c/o RRCA Acct. Mgmt.,    312 Locust St.,    Sterling, IL 61081-3539
10994694     +Ameritech Illinois FACC,    c/o Debt Credit Svc,    2493 Romig Road,    Akron, OH 44320-4109
10994696     +Bank of America,    PO Box 1598,    Norfolk, Va 23501-1598
10994697     +Bank of America,    c/o Wexler & Wexler,    500 W Madison, Ste 2910,    Chicago, IL 60661-4571
14361479      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
10994698     +Centegra Health System,    Memorial Medical Center,    P O Box 1990,    Woodstock, IL 60098-1990
10994699     +Chase,    800 Brooksedge Blvd.,    Westerville, Oh 43081-2822
11096559     +Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
10994700     +Citi Card,    PO Box 6241,    Sioux Falls, SD 57117-6241
10994701     +Dell Financial Svcs,    12234 N IH 35 SB Bldg. B,    Austin, Tx 78753-1705
11125736     +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
              Columbus, GA 31902-0137
10994704     +GB Algonquin,    234 S Randall Rd,    Algonquin, Il 60102-9775
10994712     +HSBC/Menards,    90 Christiana Road,    New Castle, De 19720-3118
10994713     +HSBC/Mnrds,    90 Christiana Rd.,    New Castle, De 19720-3118
11122606     +Household Bank (SB), M.A.,    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
10994715     +Marshall Field's,    Collection Department,    111 Boulder Industrial Dr,
              Bridgeton, MO 63044-1241
10994716     +Medical,    c/o Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
10994717     +Medical Payment Data,    c/o AAMS LLC,    4800 Mills Civic Pkwy,    West Des Moines, IA 50265-5263
10994718     +National City Card Serv,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
10994720     +Northern Open MRI,    1955 DeKalb Avenue,    Sycamore, Il 60178-3107
10994722     +Ocwen Federal Bank,    12650 Ingenuity Dr,    Orlando, Fl 32826-2703
10994723     +Reddy Medical Assoc. Ltd.,    Po Box 2184,    Indianapolis, In 46206-2184
10994725     +SBC,    c/o AAC,    PO Box 2036/ 28405 Van Dyke Rd,    Warren, MI 48090-2036
10994724     +SBC,    c/o Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
10994726      Shah Medical Associates,    PO Box 967,    Tinley Park, Il. 60477-0967
10994727     +TNB - Target,    Mailstop 2BD PO Box 9475,    Minneapolis, Mn 55440
11082279     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10994728     +U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: US Department of Education,    PO Box 7202,    Utica, NY 13504)
11097878      United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
              Greenville, TX 75403-5609
10994730      Washington Mutual/Providian,    PO Box 9007,    Pleasanton, Ca 94566
10994731     +Woodstock Imaging Assoc.,    520 E 22nd Street,    Lombard, Il 60148-6110
11141494     +ZWICKER & ASSOCIATES,    BANK OF AMERICA, N.A.,    80 MINUTEMAN ROAD,    ANDOVER, MA 01810-1008
11186528      eCAST Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Feb 03, 2011.
```
11064969     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                     Asset Acceptance LLC,
              Po Box 2036,    Warren MI 48090-2036
11064970     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                     Asset Acceptance LLC,
              Assignee SBC,    Po Box 2036,    Warren MI 48090-2036
10994695     +Fax: 866-513-1948 Feb 03 2011 23:02:57      Banco Popular,    7 West 51st Street,
              New York, NY 10019-6910
12391313     +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01      Capital Recovery One,
              25 SE 2nd Ave., Suite 1120,    Miami, FL 33131-1605
10994702      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2011 01:45:33      Discover Financial Svcs,
              PO Box 15316,    Wilmington, De 19850
11061022      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2011 01:45:33
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH  43054-3025
10994705     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:51:00      GEMB/JCPenney,    PO Box 984100,
              El Paso, Tx 79998-4100
10994706      E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:50:52      GEMB/Lowes,    PO Box 103065,
              Roswell, Ga 30076
10994707     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:50:52      GEMB/Old Navy,    PO Box 981400,
              El Paso, Tx 79998-1400
10994708     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:51:00      GEMB/Sams Club,    PO Box 981400,
              El Paso, Tx 79998-1400
10994710     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:50:51      GEMB/Walmart,    P O Box 981400,
              El Paso, Tx 79998-1400
11205551      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10994719     +E-mail/Text: bankrup@nicor.com                          NICOR Gas,    1844 Ferry road,
              Naperville, Il 60563-9600
12391312     +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01      Recovery Management Systems Corp,
              GE Money Bank (Lowes),    25 SE 2nd Ave., Suite 1120,    Miami, FL 33131-1605
12389945      E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11063732     +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-3          User: cshabez          Page 2 of 2          Date Rcvd: Feb 03, 2011
Case: 06-72054               Form ID: pdf006         Total Noticed: 56

The following entities were noticed by electronic transmission (continued)
11063679      +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01
               Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11063835      +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10994729       E-mail/PDF: bankruptcyverizoncom@afni.com Feb 04 2011 01:45:08      Verizon South Inc,
               PO Box 165018,   Columbus, Oh 43216
                                                                                   TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,  6833 Stalter Drive,
               Rockford, IL 61108-2579
12391356*     +Capital Recovery One,   25 SE 2nd Ave., Suite 1120,   Miami, FL 33131-1605
12391368*     +Capital Recovery One,   25 SE 2nd Ave., Suite 1120,   Miami, FL 33131-1605
10994709*     +GEMB/Sams Club,   PO Box 981400,   El Paso, Tx 79998-1400
10994703     ##+EMC Mortgage,   PO Box 141358,   Irving, Tx 75014-1358
10994711     ##+HSBC Nv,   PO Box 19360,   Portland, Or 97280-0360
10994714     ##+Kishwaukee Community Hosp,   626 Bethany Road,   DeKalb, Il 60115-4939
10994721     ##+Northern Rehabilitation,   PO Box 468,   3266 Resource Pky,   Dekalb, IL 60115-5330
                                                                       TOTALS: 0, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2011**                    **Signature:** _Joseph Speetjens_