**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: METZLER, GEORGE G | § Case No. 06-72054 |
| METZLER, MELISSA A | § |
| | § |
| Debtor(s) HICKAN, MELISSA A | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $172,950.00            Assets Exempt: $54,675.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,528.73      Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $96,693.60

Total Expenses of Administration: $13,082.50

---

　　　3) Total gross receipts of $   30,000.03   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   15,388.80   (see **Exhibit 2**), yielded net receipts of $14,611.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $164,180.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,342.50 | 13,082.50 | 13,082.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,851.36 | 72,888.63 | 51,872.97 | 1,528.73 |
| **TOTAL DISBURSEMENTS** | $256,031.36 | $87,231.13 | $64,955.47 | $14,611.23 |

4) This case was originally filed under Chapter 7 on November 02, 2006. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2011           By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1242-000 | 30,000.00 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mid-Century Insurance Company | PI exemption to Debtor | 8100-002 | 14,925.00 |
| Clerk of the United States Bankruptcy Court | Monies for unclaimed payment on Claim No. 14 - Zwicker & Assoc. | 8500-002 | 463.80 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,388.80** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ocwen Federal Bank | 4110-000 | 128,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Banco Popular | 4110-000 | 4,180.00 | N/A | N/A | 0.00 |
| NOTFILED | EMC Mortgage | 4110-000 | 32,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$164,180.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,257.50 | 2,257.50 | 2,257.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,010.00 | 750.00 | 750.00 |
| Mid-Century Insurance Company | 3210-600 | N/A | 6,636.53 | 6,636.53 | 6,636.53 |
| Mid-Century Insurance Company | 3220-610 | N/A | 1,065.36 | 1,065.36 | 1,065.36 |
| Mid-Century Insurance Company | 3220-610 | N/A | 972.05 | 972.05 | 972.05 |
| Mid-Century Insurance Company | 3220-610 | N/A | 890.36 | 890.36 | 890.36 |
| Mid-Century Insurance Company | 3220-610 | N/A | 510.70 | 510.70 | 510.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,342.50 | 13,082.50 | 13,082.50 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 5,766.03 | 5,766.03 | 221.49 |
| 2 | Capital Recovery One | 7100-000 | 1,229.00 | 1,163.94 | 1,163.94 | 44.71 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Amount | Allowed | Paid | Dividend |
|---|---|---|---:|---:|---:|---:|
| 3 | Capital Recovery One | 7100-000 | 1,033.00 | 1,012.05 | 1,012.05 | 38.87 |
| 4 | Capital Recovery One | 7100-000 | 736.00 | 776.59 | 776.59 | 29.83 |
| 5 | Asset Acceptance LLC | 7100-000 | 111.00 | 106.29 | 106.29 | 4.08 |
| 6 | Northern Open MRI | 7100-000 | unknown | 4,100.00 | 0.00 | 0.00 |
| 7 | Northern Rehabilitation | 7100-000 | 3,321.00 | 3,321.00 | 3,321.00 | 127.57 |
| 8 | Alert! | 7100-000 | 174.00 | 174.51 | 174.51 | 6.70 |
| 9 | Target National Bank (f.k.a. Retailers National Ba | 7100-000 | 590.00 | 576.98 | 576.98 | 22.16 |
| 10 | CHASE BANK USA, NA | 7100-000 | N/A | 8,457.83 | 0.00 | 0.00 |
| 10 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 8,457.83 | 0.00 | 0.00 |
| 10 -3 | CHASE BANK USA, NA | 7100-000 | 8,633.00 | 8,457.83 | 8,457.83 | 324.88 |
| 11 | United States Department of Education | 7100-000 | 11,862.00 | 12,606.46 | 12,606.46 | 484.24 |
| 12 | Household Bank (SB), N.A. | 7100-000 | 678.00 | 812.32 | 812.32 | 31.20 |
| 13 | Federated Retail Holdings, Inc./Marshall Fields | 7100-000 | 1,454.00 | 1,454.02 | 1,454.02 | 55.85 |
| 14 | ZWICKER & ASSOCIATES | 7100-000 | 12,145.00 | 12,074.56 | 12,074.56 | 0.00 |
| 15 | eCAST Settlement Corporation | 7100-000 | 1,270.00 | 1,242.24 | 1,242.24 | 47.72 |
| 16 | LVNV Funding LLC its successors and assigns as | 7100-000 | 2,266.00 | 2,328.15 | 2,328.15 | 89.43 |
| NOTFILED | GEMB/Old Navy | 7100-000 | 593.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Mnrds | 7100-000 | 678.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Sams Club | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JCPenney | 7100-000 | 860.00 | N/A | N/A | 0.00 |
| NOTFILED | GB Algonquin | 7100-000 | 842.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 12,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Svcs | 7100-000 | 5,595.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Svcs | 7100-000 | 1,099.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hosp | 7100-000 | 8,750.50 | N/A | N/A | 0.00 |
| NOTFILED | Medical c/o Pellettieri | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Shah Medical Associates | 7100-000 | 627.36 | N/A | N/A | 0.00 |
| NOTFILED | Woodstock Imaging Assoc. | 7100-000 | 703.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon South Inc | 7100-000 | 26.00 | N/A | N/A | 0.00 |
| NOTFILED | SBC c/o AAC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Reddy Medical Assoc. Ltd. | 7100-000 | 133.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Payment Data c/o AAMS LLC | 7100-000 | 623.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR Gas | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Card Serv | 7100-000 | 8,703.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Memorial Medical Center | 7100-000 | 4,102.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bank of America c/o Wexler & Wexler | 7100-000 | 0.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Ameritech Illinois FACC c/o Debt Credit Svc | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 91,851.36 | 72,888.63 | 51,872.97 | 1,528.73 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72054  
**Case Name:** METZLER, GEORGE G  
                METZLER, MELISSA A  
**Period Ending:** 10/23/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/02/06 (f)  
**§341(a) Meeting Date:** 12/07/06  
**Claims Bar Date:** 03/12/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 201 South Main Street, Kingston, IL | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Child support (w) | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1979 Chevrolet Corvette | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1969 Chevy El Camino | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1999 Harley Fat Boy | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1985 Sea Ray boat | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Tools of trade | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Personal injury claim  (u)<br>    Personal Injury Claim added with an unknown value<br>in Amended Schedules filed December 7, 2006. | Unknown | 5,000.00 | DA | 30,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.03 | FA |
| 12 | **Assets**    Totals (Excluding unknown values) | **$172,950.00** | **$5,000.00** | | **$30,000.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008        **Current Projected Date Of Final Report (TFR):**    January 5, 2011  (Actual)

Printed: 10/23/2011 03:37 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 06-72054 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | METZLER, GEORGE G | | **Bank Name:** | The Bank of New York Mellon |
| | METZLER, MELISSA A | | **Account:** | 9200-******45-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6318 | | **Blanket Bond:** | $373,000.00  (per case limit) |
| **Period Ending:** | 10/23/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/10 | | Mid-Century Insurance Company | Settlement Proceeds re: personal injury claim | | 5,000.00 | | 5,000.00 |
| | {12} | | Total Gross Settlement    30,000.00<br>in Personal Injury Case | 1242-000 | | | 5,000.00 |
| | | | Golden Law Office    -6,636.53<br>Attorney Fees | 3210-600 | | | 5,000.00 |
| | | | Golden Law Office Costs    -1,065.36 | 3220-610 | | | 5,000.00 |
| | | | Country Insurance Lien    -972.05 | 3220-610 | | | 5,000.00 |
| | | | Shah Medical Assoc.,    -890.36<br>LLC Lien | 3220-610 | | | 5,000.00 |
| | | | Kishwaukee Community    -510.70<br>Hospital Lien | 3220-610 | | | 5,000.00 |
| | | | PI exemption to Debtor    -14,925.00 | 8100-002 | | | 5,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.03 |
| 01/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 5,000.03 |
| 01/05/11 | | To Account #9200******4566 | Transfer funds from MMA to Checking Account | 9999-000 | | 5,000.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,000.03** | **5,000.03** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 5,000.03 | |
| | | | **Subtotal** | | **5,000.03** | **0.00** | |
| | | | Less: Payments to Debtors | | | 14,925.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.03** | **$-14,925.00** | |

{} Asset reference(s)

Printed: 10/23/2011 03:37 PM      V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 06-72054
**Case Name:** METZLER, GEORGE G
METZLER, MELISSA A
**Taxpayer ID #:** **-***6318
**Period Ending:** 10/23/11

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******45-66 - Checking Account
**Blanket Bond:** $373,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/11 | | From Account #9200******4565 | Transfer funds from MMA to Checking Account | 9999-000 | 5,000.03 | | 5,000.03 |
| 02/23/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $750.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 750.00 | 4,250.03 |
| 02/23/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,257.50, Trustee Compensation; Reference: | 2100-000 | | 2,257.50 | 1,992.53 |
| 02/23/11 | 103 | Discover Bank/Discover Financial Services | Dividend paid 3.84% on $5,766.03; Claim# 1; Filed: $5,766.03; Reference: | 7100-000 | | 221.49 | 1,771.04 |
| 02/23/11 | 104 | Capital Recovery One | Dividend paid 3.84% on $1,163.94; Claim# 2; Filed: $1,163.94; Reference: | 7100-000 | | 44.71 | 1,726.33 |
| 02/23/11 | 105 | Capital Recovery One | Dividend paid 3.84% on $1,012.05; Claim# 3; Filed: $1,012.05; Reference: | 7100-000 | | 38.87 | 1,687.46 |
| 02/23/11 | 106 | Capital Recovery One | Dividend paid 3.84% on $776.59; Claim# 4; Filed: $776.59; Reference: | 7100-000 | | 29.83 | 1,657.63 |
| 02/23/11 | 107 | Northern Rehabilitation | Dividend paid 3.84% on $3,321.00; Claim# 7; Filed: $3,321.00; Reference: | 7100-000 | | 127.57 | 1,530.06 |
| 02/23/11 | 108 | Alert! | Dividend paid 3.84% on $174.51; Claim# 8; Filed: $174.51; Reference: | 7100-000 | | 6.70 | 1,523.36 |
| 02/23/11 | 109 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 3.84% on $576.98; Claim# 9; Filed: $576.98; Reference: | 7100-000 | | 22.16 | 1,501.20 |
| 02/23/11 | 110 | CHASE BANK USA, NA | Dividend paid 3.84% on $8,457.83; Claim# 10-3; Filed: $8,457.83; Reference: | 7100-000 | | 324.88 | 1,176.32 |
| 02/23/11 | 111 | United States Department of Education | Dividend paid 3.84% on $12,606.46; Claim# 11; Filed: $12,606.46; Reference: | 7100-000 | | 484.24 | 692.08 |
| 02/23/11 | 112 | Household Bank (SB), N.A. | Dividend paid 3.84% on $812.32; Claim# 12; Filed: $812.32; Reference: | 7100-000 | | 31.20 | 660.88 |
| 02/23/11 | 113 | Federated Retail Holdings, Inc./Marshall Fields | Dividend paid 3.84% on $1,454.02; Claim# 13; Filed: $1,454.02; Reference: | 7100-000 | | 55.85 | 605.03 |
| 02/23/11 | 114 | ZWICKER & ASSOCIATES | Dividend paid 3.84% on $12,074.56; Claim# 14; Filed: $12,074.56; Reference: Stopped on 05/31/11 | 7100-000 | | 463.80 | 141.23 |
| 02/23/11 | 115 | eCAST Settlement Corporation | Dividend paid 3.84% on $1,242.24; Claim# 15; Filed: $1,242.24; Reference: | 7100-000 | | 47.72 | 93.51 |
| 02/23/11 | 116 | LVNV Funding LLC its successors and assigns as | Dividend paid 3.84% on $2,328.15; Claim# 16; Filed: $2,328.15; Reference: | 7100-000 | | 89.43 | 4.08 |
| 02/23/11 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.08 | 0.00 |
| 05/31/11 | 114 | ZWICKER & ASSOCIATES | Dividend paid 3.84% on $12,074.56; Claim# 14; Filed: $12,074.56; Reference: Stopped: check issued on 02/23/11 | 7100-000 | | -463.80 | 463.80 |
| 05/31/11 | 118 | ZWICKER & ASSOCIATES | REISSUED CHECK FROM STALE CHECK | 7100-001 | | 463.80 | 0.00 |

Subtotals : $5,000.03    $5,000.03

{} Asset reference(s)

Printed: 10/23/2011 03:37 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 06-72054  
**Case Name:** METZLER, GEORGE G  
    METZLER, MELISSA A  
**Taxpayer ID #:** **-***6318  
**Period Ending:** 10/23/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-66 - Checking Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | PROCESSING<br>Stopped on 09/01/11 | | | | |
| 09/01/11 | 118 | ZWICKER & ASSOCIATES | REISSUED CHECK FROM STALE CHECK PROCESSING<br>Stopped: check issued on 05/31/11 | 7100-001 | | -463.80 | 463.80 |
| 09/01/11 | 119 | Clerk of the United States Bankruptcy Court | Monies for unclaimed payment on Claim No. 14 - Zwicker & Assoc. | 8500-002 | | 463.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,000.03** | **5,000.03** | **$0.00** |
| | | | Less: Bank Transfers | | 5,000.03 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,000.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,000.03** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******45-65** | 5,000.03 | -14,925.00 | 0.00 |
| **Checking # 9200-******45-66** | 0.00 | 5,000.03 | 0.00 |
| | $5,000.03 | $5,000.03 | $0.00 |

{} Asset reference(s)

Printed: 10/23/2011 03:37 PM    V.12.57